UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK; WILLIAM SCALES,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>IHEARTRADIO,<br><br>　　　　　　　　　　Defendant. | 25-cv-6155 (LTS)<br><br>CIVIL JUDGMENT |

　　For the reasons stated in the September 17, 2025, order, the Court dismisses the action without prejudice for Scales' failure to comply with the September 11, 2025 order.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　September 18, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge